Miles D. Grant, Esq. (SBN 89766)

Alexander J. Kessler, Esq. (SBN 278240)

**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Attorneys for Plaintiff Oggi's Pizza and Brewing Company

**FILED & ENTERED**

**NOV 15 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum      DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Adv. Proc. No.  17-ap-01455-RK |
| PAUL BODEAU | **ORDER ON DEBTOR'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND/OR PRIVILEGE LOG** |
| SANDRA BODEAU | |
| Debtors. | Date: September 4, 2018<br>Time: 2:30 p.m.<br>Room: 1675 |
| OGGI'S PIZZA AND BREWING COMPANY, | |
| Plaintiff, | |
| v. | |
| PAUL BODEAU, SANDRA BODEAU, et al. | |
| Defendants. | |

On September 4, 2018, the Court heard argument on Sandra Bodeau's (Debtors) Motion to Compel Oggi's Pizza and Brewing Company (Plaintiffs) to provide further responses to Debtor's First Set of Requests for Production.   After considering the papers filed in support of and in opposition to the Motion, and good cause appearing therefore,

THE COURT HEREBY ORDERS:

The Court's tentative ruling, a copy of which is attached as Exhibit 1, is confirmed. Additionally, the $1,625 in sanctions mentioned in the tentative ruling are awarded against Debtor's counsel, Louis H. Altman and Haberbush & Associates, LLP, and not against Debtor personally.

Sanctions shall be paid within 14 days of the date of entry of this order to Plaintiff's counsel, Grant & Kessler, APC, 1331 India Street, San Diego, CA 92101.

###

Date: November 15, 2018

_____
Robert Kwan
United States Bankruptcy Judge

# Exhibit 1

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Robert Kwan, Presiding
### Courtroom 1675 Calendar

**Tuesday, September 4, 2018**      Hearing Room **1675**

**2:30 PM**
**2:17-17761    Paul Bodeau**      **Chapter 11**
Adv#: 2:17-01455    Oggi's Pizza and Brewing Company v. Bodeau et al

    **#18.00**    Hearing re: Motion to compel production of documents and/or privilege log

                 Docket    16

    **Tentative Ruling:**

    Deny defendants' motion to compel production of documents and/or privilege log for the reasons stated by plaintiff in its opposition. The motion is untimely, and it is a violation of the pretrial scheduling order to file the motion well after the discovery cutoff date. The motion could have been filed and heard way before the cutoff date. Award sanctions against defendants in favor of plaintiff of $1,625 representing 5 hours of attorney time at counsel's billing rate of $325 per hour as reasonable attorneys' fees for preparing the opposition to the untimely motion pursuant to FRCP 37(a)(5)(B). Defendants' untimely motion is not substantially justified because it should have been filed to be heard before the discovery cutoff date. However, the court does not award fees for the work before the discovery cutoff date because arguably the need for the work could have been substantially justified by a proper motion to compel if timely filed. Appearances are required on 9/4/18, but counsel may appear by telephone.

| **Party Information** |
|---|

**Debtor(s):**

    Paul  Bodeau                                                        Represented By
                                                                         Lane K Bogard
                                                                         David R Haberbush
                                                                         Vanessa M Haberbush
                                                                         Louis H Altman

**Defendant(s):**

    Paul  Bodeau                                                        Represented By
                                                                         Vanessa M Haberbush
                                                                         Louis H Altman

    Sandra  Bodeau                                            Represented By